IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HELEN YUAN *et al.*,

    Plaintiffs,

  v.

BRISTOL-MYERS SQUIBB COMPANY,
SANOFI-AVENTIS U.S. LLC.,
SANOFIAVENTIS U.S., INC.,
SANOFISYNTHELABO, INC.,
MCKESSON
CORPORATION, and DOES 1 to 100,

    Defendants.
                                          /

No. C 13-04010 WHA

**ORDER TO CONSOLIDATE MOTION HEARINGS**

    In the interests of judicial efficiency, the motion hearings for plaintiff Yuan's motion to remand and defendants' motion to stay will both be scheduled for October 31, 2013, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE