IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN YUAN *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC., SANOFIAVENTIS U.S., INC., SANOFISYNTHELABO, INC., MCKESSON CORPORATION, and DOES 1 to 100,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 13-04010 WHA<br><br><br>**ORDER TO CONSOLIDATE MOTION HEARINGS** |

　　　　In the interests of judicial efficiency, the motion hearings for plaintiff Yuan's motion to remand and defendants' motion to stay will both be scheduled for October 31, 2013, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE